JS-6

FILED
CLERK, U.S. DISTRICT COURT

OCT 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

David G. Geffen, Esq. (SBN 129342)
DAVID GEFFEN LAW FIRM
530 Wilshire Boulevard, Suite 205
Santa Monica, California 90401
(310) 434-1111  Telephone
(310) 434-1115  Fax
E Mail: geffenlaw@aol.com

Attorney for Plaintiff
JUDY GRIFFIN

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GRIFFIN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA MONICA, a public entity, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.** CV09-07545 AHM (JCx)<br>[HON. A. HOWARD MATZ, PRESIDING]<br><br>**[PROPOSED] ORDER ON STIPULATION RE SETTLEMENT** |

IT IS SO ORDERED that the above-captioned matter is dismissed with prejudice as reflected in the terms of the Settlement Agreement with the Court retaining jurisdiction to enforce settlement.

DATED:  OCT 13 2010

HON. A. HOWARD MATZ
UNITED   STATES   DISTRICT   JUDGE

[PROPOSED] ORDER ON STIPULATION RE DISMISSAL